1
2
3
4
5
6
7

UNITED STATES DISTRICT COURT FOR THE

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,               )<br>                                                                )<br>            Plaintiff,                              )<br>                                                                )<br>            v.                                            )<br>                                                                )<br> BRIAN TROY ABERLE and            )<br> JENNIFER LYNN ABERLE,            )<br>                                                                )<br>            Defendants.                      )<br>_____) | Criminal No. CR-06-0148-MJJ<br><br>ORDER |

For good cause shown, it is hereby ordered that the Clerk issue a new Summons In A Criminal Case summoning defendant Jennifer Lynn Aberle to appear before Magistrate Judge Wayne D. Brazil at United States District Court, 1301 Clay Street, Oakland, California, Courtroom 4, on June 2, 2006, at 10:00 a.m.

Dated: May 4, 2006

IT IS SO ORDERED
/s/ Wayne D. Brazil
Judge Wayne D. Brazil

_____
WAYNE D. BRZAIL
United States Magistration Judge