IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | No. CR 06-00148 MJJ (WDB) |
| Plaintiff, | ) ) ) | ORDER RE: TRANSPORTATION EXPENSES |
| v. | ) ) | |
| JENNIFER LYNN ABERLE, | ) ) | |
| Defendant. | ) ) | |

    GOOD CAUSE APPEARING, and because the interests of justice are served and the Court is satisfied that the defendant is financially unable to provide the necessary transportation,

    IT IS HEREBY ORDERED that, pursuant to 18 U.S.C. § 4285, the United States Marshal for the Northern District of California shall furnish transportation and subsistence expenses to the above-named defendant to enable her to travel to the Northern District of California, Oakland, California, for an initial appearance before Wayne D. Brazil on June 2, 2006, at 10:00 a.m., from her home in Lincoln, Nebraska.

    IT IS FURTHER ORDERED that, pursuant to 18 U.S.C. § 4285, the United States Marshal for the Northern District of California shall furnish transportation to the above-named defendant to enable her to return to Lincoln Nebraska as soon as the court proceedings have been completed.

    IT IS SO ORDERED.

DATED: May 24, 2006

_____
WAYNE D. BRAZIL

*IT IS SO ORDERED*
*Wayne D. Brazil*
*Judge Wayne D. Brazil*

ORDER RE:
TRANSPORTATION

1                                            United States Magistrate Judge

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

ORDER RE: TRANSPORTATION