BARRY J. PORTMAN
Federal Public Defender
JOYCE LEAVITT
Assistant Federal Public Defender
555 12th Street, Suite 650
Oakland, CA 94607-3627

Counsel for Defendant ABERLE

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) | |
|---|---|---|
| | ) | No. CR 06-0148 MJJ |
| Plaintiff, | ) | |
| | ) | STIPULATION AND [PROPOSED] |
| v. | ) | ORDER FOR CONTINUANCE OF |
| | ) | STATUS DATE AND EXCLUSION |
| | ) | OF TIME UNDER THE SPEEDY |
| JENNIFER ABERLE, | ) | TRIAL ACT, 18 U.S.C. § 3161 ET |
| | ) | SEQ. |
| Defendant. | ) | |

IT IS HEREBY STIPULATED, by and between the parties to this action, that the status date in this case, previously scheduled for November 3, 2006, at 2:30 p.m. before Honorable Judge Martin Jenkins, shall be continued to Friday, December 1, 2006, at 2:30 p.m. for change of plea. The time should allow defense counsel to provide additional discovery to the government for its review and investigation which is relevant to the disposition of this case. The parties therefore stipulate that the time from November 3, 2006, to December 1, 2006, should be excluded in accordance with the provisions of the Speedy Trial Act, 18 U.S.C. §§ 3161(h)(8)(A) and (B)(iv)

STIP. CONTINUING STATUS DATE         - 1 -

for adequate preparation of counsel in order to allow defense counsel to provide additional discovery to the government for its review and investigation.

DATED: 11/6/06

/S/
_____
JOYCE LEAVITT
Assistant Federal Public Defender

DATED: 11/6/06

/S/
_____
DAVID DENIER
Assistant United States Attorney

## SIGNATURE ATTESTATION

I hereby attest that I have on file all holograph signatures indicated by a "conformed" signature ("/S/") within this efiled document.

STIP. CONTINUING STATUS DATE - 2 -

# ORDER

GOOD CAUSE APPEARING, IT IS HEREBY ORDERED that the status date in this case, previously scheduled for Friday, November 3, 2006, at 2:30 p.m. before Honorable Judge Martin Jenkins, shall be continued to Friday, December 1, 2006, at 2:30 p.m. for change of plea.

IT IS FURTHER ORDERED that the time from November 3, 2006, to December 1, 2006, should be excluded in accordance with the provisions of the Speedy Trial Act, 18 U.S.C. §§ 3161(h)(8)(A) and (B)(iv) for adequate preparation of counsel in order to allow defense counsel to provide additional discovery to the government for its review and investigation. The Court finds that the ends of justice served by the granting of the continuance outweigh the best interests of the public and the defendant in a speedy and public trial because additional investigation and review are necessary to the defense preparation of the case and the failure to grant the requested continuance would unreasonably deny the defendant's counsel the reasonable time necessary for effective preparation, taking into account due diligence.

SO ORDERED.

DATED: 11/8/2006

_____
HONORABLE MARTIN J. JENKINS
United States District Judge

STIP. CONTINUING STATUS DATE           - 3 -