KEVIN V. RYAN (California State Bar No. 118321)
United States Attorney
MARK KROTOSKI (CSBN 138549)
Chief, Criminal Division
JAY R. WEILL (California State Bar No. 75434)
Assistant United States Attorney
Chief, Tax Division
DAVID L. DENIER (California State Bar No. 95024)
Assistant United States Attorney
    450 Golden Gate Avenue, Box 36055
    San Francisco, California 94102
    Telephone: (415) 436-6888

UNITED STATES DISTRICT COURT FOR THE

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | Criminal No. CR-06-0148-MJJ |
| | ) | |
| Plaintiff, | ) | STIPULATION AND [~~PROPOSED~~] |
| | ) | ORDER FOR CONTINUANCE OF |
| v. | ) | STATUS DATE AND EXCLUSION |
| | ) | OF TIME UNDER THE SPEEDY |
| JENNIFER LYNN ABERLE, | ) | TRIAL ACT, 18 U.S.C. § 3161 ET |
| | ) | SEQ. |
| Defendant. | ) | |
| | ) | |

    IT IS HEREBY STIPULATED, by and between the parties to this action, that the status date in this case, previously scheduled for January 5, 2007, at 2:30 p.m. before Honorable Judge Martin Jenkins, shall be continued to Friday, February 2, 2007, at 2:30 p.m. for change of plea. The time should allow defense counsel to provide additional discovery to the government for its review and investigation which is relevant to the disposition of this case. The parties therefore stipulate that the time from January 5, 2007 to February 2, 2007, should be excluded in accordance with the provisions of the Speedy Trial Act, 18 U.S.C. §§ 3161(h)(8)(A) and (B)(iv) for adequate preparation of counsel in order to allow defense counsel to provide additional discovery to the government for its review and investigation.

DATED:  January 4, 2007               /s/ David L. Denier
                                                          DAVID L. DENIER
                                                          Assistant United States Attorney

DATED:  January 4, 2007               /s/ Joyce Leavitt
                                                          JOYCE LEAVITT
                                                          Assistant Federal Public Defender

**ORDER**

GOOD CAUSE APPEARING, IT IS HEREBY ORDERED that the status date in this case, previously scheduled for Friday, January 5, 2007, at 2:30 p.m. before Honorable Judge Martin Jenkins, shall continued to Friday, February 2, 2007, at 2:30 p.m. for change of plea.

IT IS FURTHER ORDERED that the time from January 5, 2007, to February 2, 2007, should be excluded in accordance with the provisions of the Speedy Trial Act, 18 U.S.C. §§ 3161(h)(8)(A) and (B)(iv) for adequate preparation of counsel in order to allow defense counsel to provide additional discovery to the government for its review and investigation. The Court finds that the ends of justice served by the granting of the continuance outweight the best interest of the public and the defendant in a speedy and public trial because additional investigation and review are necessary to the defense preparation of the case and the failure to grant the requested continuance would unreasonably deny the defendant's counsel the reasonable time necessary for effective preparation, taking into account due deligence.

SO ORDERED.

DATE: 1/8/2007

_____
HONORABLE MARTIN J. JENKINS
United States District Judge

Stip & Ord For Cont. Of Stat. Date & Excl. Of Time
Und. The Speedy Trial Act, 18 U.S.C. § 3161 Et. Seq.
(No. CR-06-0148-MJJ)                    2