BARRY J. PORTMAN
Federal Public Defender
JOYCE LEAVITT
Assistant Federal Public Defender
555 12th Street, Suite 650
Oakland, CA 94607-3627

Counsel for Defendant ABERLE

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,             )<br>                                                              )<br>                          Plaintiff,            )<br>                                                              )<br>           v.                                            )<br>                                                              )<br>                                                              )<br>JENNIFER ABERLE,                          )<br>                                                              )<br>                          Defendant.       ) | No. CR 06-0148 MJJ<br><br>STIPULATION AND [PROPOSED]<br>ORDER FOR CONTINUANCE OF<br>CHANGE OF PLEA AND<br>EXCLUSION OF TIME UNDER THE<br>SPEEDY TRIAL ACT, 18 U.S.C. §<br>3161 ET SEQ. |

IT IS HEREBY STIPULATED, by and between the parties to this action, that the change of plea date in this case, currently scheduled for Friday, February 2, 2007, at 2:30 p.m., in Oakland, California, before Honorable Judge Martin Jenkins, shall be continued to Thursday, February 22, 2007, at 2:00 p.m., in San Francisco, California, for change of plea. The status of the case is that the parties continue to negotiate and defense counsel has provided government counsel with discovery which it is considering. The additional time should allow the parties to complete review of all the discovery and finish their investigation. The parties therefore stipulate that the time from

STIP. CONTINUING COURT DATE             - 1 -

February 2, 2007, to February 15, 2007, should be excluded in accordance with the provisions of the Speedy Trial Act, 18 U.S.C. §§ 3161(h)(8)(A) and (B)(iv) for adequate preparation of counsel in order to allow the parties to complete their review of the discovery and investigation in preparation for the change of plea.

DATED:   January 30, 2007          /S/
                                   _____
                                   JOYCE LEAVITT
                                   Assistant Federal Public Defender

DATED:   January 30, 2007          /S/
                                   _____
                                   DAVID DENIER
                                   Assistant United States Attorney

## SIGNATURE ATTESTATION

I hereby attest that I have on file all holograph signatures indicated by a "conformed" signature ("/S/") within this efiled document.

STIP. CONTINUING COURT DATE          - 2 -

# ORDER

GOOD CAUSE APPEARING, IT IS HEREBY ORDERED that the change of plea date in this case, previously scheduled for Friday, February 2, 2007, at 2:30 p.m., in Oakland, California, before Honorable Judge Martin Jenkins, shall be continued to Thursday, February 22, 2007, at 2:00 p.m., in San Francisco, California, for change of plea.

IT IS FURTHER ORDERED that the time from February 2, 2007 to February 22, 2007, should be excluded in accordance with the provisions of the Speedy Trial Act, 18 U.S.C. §§ 3161(h)(8)(A) and (B)(iv) for adequate preparation of counsel.  The Court finds that the ends of justice served by the granting of the continuance outweigh the best interests of the public and the defendant in a speedy and public trial and that failure to grant the requested continuance would unreasonably deny counsel the reasonable time necessary for effective preparation, taking into account due diligence.

SO ORDERED.

DATED:   01/31/07



HONORABLE MARTIN J. JENKINS
United States District Judge