SCOTT N. SCHOOLS (SCSBN 9990)
United States Attorney
MARK KROTOSKI (CSBN 138549)
Chief, Criminal Division
JAY R. WEILL (California State Bar No. 75434)
Assistant United States Attorney
Chief, Tax Division
DAVID L. DENIER (California State Bar No. 95024)
Assistant United States Attorney
    450 Golden Gate Avenue, Box 36055
    San Francisco, California 94102
    Telephone: (415) 436-6888

UNITED STATES DISTRICT COURT FOR THE

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | Criminal No. CR-06-0148-MJJ |
|     Plaintiff, | ) | STIPULATION AND [PROPOSED] ORDER FOR CONTINUANCE OF CHANGE OF PLEA AND EXCLUSION OF TIME UNDER THE SPEEDY TRIAL ACT, 18 U.S.C. § 3161 ET SEQ. |
|     v. | ) | |
| JENNIFER LYNN ABERLE, | ) | |
|     Defendant. | ) | |

    IT IS HEREBY STIPULATED, by and between the parties to this action, that the change of plea date in this case, currently scheduled for Thursday, February 22, 2007, at 2:00 p.m., in San Francisco, California, before Honorable Judge Martin Jenkins, shall be continued to Thursday, March 8, 2007, at 2:00 p.m., in San Francisco, California, for change of plea.  The status of the case is that the parties continue to negotiate and defense counsel has provided government counsel with discovery which it is considering.  The additional time should allow the parties to complete review of all the discovery and finish their investigation.  The parties therefore stipulate that the time from February 22, 2007 to March 8, 2007, should be excluded in accordance with the provisions of the Speedy Trial Act, 18 U.S.C. §§ 3161(h)(8)(A) and (B)(iv)

///

///

///

1  for adequate preparation of counsel in order to allow the parties to complete review of the
2  discovery and investigation in preparation for the change of plea.
3
4
5  DATED: February 21, 2007                    /s/ David L. Denier
                                               DAVID L. DENIER
6                                              Assistant United States Attorney
7
8
   DATED: February 21, 2007                    /s/ Joyce Leavitt
9                                              JOYCE LEAVITT
                                               Assistant Federal Public Defender
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

Stip & Ord For Cont. Of Chge of Plea & Excl. Of Time
Und. The Speedy Trial Act, 18 U.S.C. § 3161 Et. Seq.
(No. CR-06-0148-MJJ)                             2

1  **ORDER**

2  GOOD CAUSE APPEARING, IT IS HEREBY ORDERED that the change of plea date

3  in this case, previously scheduled for Thursday, February 22, 2007, at 2:00 p.m., in San

4  Francisco, California, before Honorable Judge Martin Jenkins, shall be continued to Thursday,

5  March 8, 2007, at 2:00 p.m., in San Francisco, California, for change of plea.

6  IT IS FURTHER ORDERED that the time from February 22, 2007, to March 8, 2007,

7  should be excluded in accordance with the provisions of the Speedy Trial Act, 18 U.S.C. §§

8  3161(h)(8)(A) and (B)(iv) for adequate preparation of counsel.  The Court finds that the ends of

9  justice served by the granting of the continuance outweigh the best interests of the public and the

10  defendant in a speedy and public trial and the failure to grant the requested continuance would

11  unreasonably deny counsel the reasonable time necessary for effective preparation, taking into

12  account due diligence.

13  SO ORDERED.

14  DATE:   02/22/07

15  _____
     HONORABLE MARTIN J. JENKINS
16   United States District Judge



Stip & Ord For Cont. Of Chge of Plea & Excl. Of Time
Und. The Speedy Trial Act, 18 U.S.C. § 3161 Et. Seq.
(No. CR-06-0148-MJJ)                            3