| | |
|---|---|
| 1 | SCOTT N. SCHOOLS (SCSBN 9990) |
| | United States Attorney |
| 2 | MARK KROTOSKI (CSBN 138549) |
| | Chief, Criminal Division |
| 3 | JAY R. WEILL (CSBN 75434) |
| | Assistant United States Attorney |
| 4 | DAVID L. DENIER (CSBN 95024) |
| | Assistant United States Attorney |
| 5 | |
| | 450 Golden Gate Avenue, Box 36055 |
| 6 | San Francisco, California 94102 |
| | Telephone: (415) 436-6888 |
| 7 | David.Denier@usdoj.gov |

FILED

MAR 22 2007

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

UNITED STATES DISTRICT COURT FOR THE

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

UNITED STATES OF AMERICA,                )
                                                                   )  Criminal No. CR-06-0148-MJJ
      Plaintiff,                            )
                                                                   )
      v.                                      )  MOTION TO DISMISS
                                                                   )  CHARGES AGAINST
JENNIFER LYNN ABERLE,                   )  DEFENDANT JENNIFER
                                                                   )  LYNN ABERLE
     Defendants.                            )
                                                                   )

1.  On March 9, 2006, the Grand Jury returned an Indictment charging Brian Troy Aberle and Jennifer Lynn Aberle with two counts of income tax evasion with respect to their 1999 and 2000 tax years (counts one and two), and charging Brian Troy Aberle with two counts of making and subscribing false corporate income tax returns for United Business Technologies, Inc. for the fiscal years ended June 30, 1999 and June 30, 2000 (counts three and four).

2.  On February 9, 2007, pursuant to a Plea Agreement, defendant Brian Troy Aberle entered pleas of guilty to counts one and three of the Indictment.

3.  The government hereby moves to dismiss the charges contained in count one and count two of the Indictment with respect to defendant Jennifer Lynn Aberle.

                                      SCOTT N. SCHOOLS
                                      United States Attorney

                                      /s/ David L. Denier
                                      DAVID L. DENIER
                                      Assistant United States Attorney
                                      Tax Division

1

## ORDER

2  Pursuant to the government's motion, the charges contained in count one and count two
3  of the Indictment are hereby dismissed with respect to defendant Jennifer Lynn Aberle.

4
5    IT IS SO ORDERED.

6  Dated: 3/22/2007

MARTIN J. JENKINS
United States District Judge